867 A.2d 479

## IN THE MATTER OF DANIEL S. CHILEWICH AN ATTORNEY AT LAW.

February 16, 2005.

### ORDER

**DANIEL S. CHILEWICH of NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1992, having pleaded guilty in the New York State Supreme Court to offering a false instrument for filing in the first degree, a class E felony, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DANIEL S. CHILEWICH** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DANIEL S. CHILEWICH** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **DANIEL S. CHILEWICH** comply with *Rule* 1:20–20 dealing with suspended attorneys.